# United States Court of Appeals for the Federal Circuit

———————————

March 8, 2011

**ERRATA**

———————————

2010-1141
(Reexamination No. 90/008,482)

IN RE GLATT AIR TECHNIQUES, INC.

Appeal from the United States Patent and
Trademark Office, Board of Patent Appeals
and Interferences.

Decided:  January 5, 2011
Precedential Opinion

———————————

Please make the following changes:

Frances M. Lynch, Associate Solicitors, Office of the
Solicitor, United States Patent and Trademark Office, of
Alexandria, Virginia, argued for the Director of the
United States Patent and Trademark Office.  With her on
the brief were Raymond T. Chen, Solicitor, and William
LaMarca, Associate Solicitor